IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:05CR0120 |
| Ronald A. Waker | ) | |
| | ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on November 12, 2010 for a period of three (3) years. Based on good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated as of November 11, 2012.

Dated this 25th day of June, 2012

_____
United States District Judge